UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHERMAINE MASSEY** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER:** |
| | * | |
| **CAYETANO DOMINGUEZ, EAK** | * | **JUDGE:** |
| **LOGISTICS LLC, SENTRY SELECT** | * | |
| **INSURANCE COMPANY, AND GEICO** | * | **MAGISTRATE:** |
| **CASUALTY COMPANY** | * | |
| | * | |
| * * * * * * * * * * * * * * * | * | |

**FILED:** _____  _____
   **DATE**

**PETITION FOR REMOVAL**

Defendants, Cayetano Dominguez, EAK Logistics LLC, and Sentry Select Insurance Company, file this Petition for Removal of this case from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, in which it is now pending, to the United States District Court for the Middle District of Louisiana. This removal is predicated upon diversity jurisdiction under 28 U.S.C. §1332.

1. This case was commenced in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, on April 17, 2019, through the filing of

a Petition for Damages setting forth a claim for relief upon which this action is based.

2. Plaintiff, Shermaine Massey ("Massey"), instituted this action for personal injuries allegedly sustained in a motor vehicle accident on April 17, 2019 in the Parish of East Baton Rouge.

3. Plaintiff designated Cayetano Dominguez, EAK Logistics LLC, Sentry Select Insurance Company, and GEICO Casualty Company as defendants in this matter.

4. Service of process upon defendant, Cayetano Dominguez, was requested through the Louisiana Long-Arm Statute in LSA-R.S. 13:3201, *et seq.*, but no affidavit of long-arm service has been filed into the record of the state court proceeding.

5. Service of process upon defendant, EAK Logistics LLC, was requested through the Louisiana Long-Arm Statute contained in LSA-R.S. 13:3201, *et seq.*, but no affidavit of long-arm service has been filed into the record of the state court proceeding.

6. Service of process upon defendant, Sentry Select Insurance Company, was requested through the Louisiana Secretary of State and effectuated on April 26, 2019 (Exhibit 1: Citation directed to Sentry Select Insurance Company with

service upon R. Kyle Ardoin, Secretary of State, Commercial Division).

7. Service of process upon defendant, GEICO Casualty Company, was requested through the Louisiana Secretary of State and effectuated on April 26, 2019 (Exhibit 2: Citation directed to GEICO Casualty Company with service upon R. Kyle Ardoin, Secretary of State, Commercial Division).

8. This matter has been removed within thirty (30) days of the filing of Massey's lawsuit on April 17, 2019 and documented service of process upon Sentry Select Insurance Company and GEICO Casualty Company upon April 26, 2019.

9. This action is one of a civil nature for damages.

10. Massey alleges that she sustained *severe* injuries to her cervical spine and lower back and that she is entitled to damages for past, present, and future physical pain and suffering (Petition for Damages, ¶ 5, 7, 11 ).

11. Massey further alleges that she is entitled to damages for past, present, and future mental pain and suffering (Petition for Damages, ¶ 7).

12. Massey further alleges that she is entitled to damages for past, present, and future medical expenses (Petition for Damages, ¶ 7).

13. Massey further alleges that she is entitled to damages for past, present, and future lost wages and loss of earnings capacity (Petition for Damages, ¶ 7).

14. Massey further alleges that she is entitled to damages for past, present, and future loss of enjoyment of life (Petition for Damages, ¶ 7).

15. Massey further alleges that she is entitled to damages for past, present, and future disfigurement and impairment (Petition for Damages, ¶ 7).

16. Under *Simon v. Wal-Mart Stores, Inc.*, 193 F.3d 848 (5th Cir. 1999), defendants aver that they possess a good faith belief at the time of this removal that diversity jurisdiction exists, irrespective of the merits of plaintiff's lawsuit or any defenses applicable to her claims.

17. Prior to removal of this matter, undersigned counsel communicated with plaintiff counsel, Layne R. Dufour, who confirmed on May 8, 2019 that Massey's claims exceed $75,000.00, exclusive of interest and costs.

18. Defense counsel has reviewed Massey's medical records from multiple health care providers relative to treatment of her neck and low back following the subject accident, in addition to incomplete medical expenses associated with such medical care in the sum of $48,075.90, and which medical expenses continue to accrue.

19. Shermaine Massey is a Louisiana resident/domiciliary of West Feliciana Parish.

20. Cayetano Dominguez is a Texas resident/domiciliary who resides at 1101

Grimes Drive, Forney, Texas. 75126.

21. EAK Logistics, LLC is organized under the laws of the State of Texas and which maintains its principal place of business/domicile at 2300 Valley View Lane, Suite 232, Irving, Texas 75062

22. The members of EAK Logistics, LLC are the following:

   a) Elmer Orlando Reyes, a Texas resident/domiciliary who resides at 3432 Autumn View, Grand Prairie, Texas 75050.

   b) Florida Reyes, a Texas resident/domiciliary who resides at 3432 Autumn View, Grand Prairie, Texas 75050.

23. Sentry Select Insurance Company is incorporated under the laws of the State of Wisconsin, with its principal place of business/domicile at 2225 Minnesota Avenue, Stevens Point, Wisconsin 54481.

24. GEICO Casualty Company is incorporated under the laws of the State of Maryland, with its principal place of business/domicile at 5260 Western Avenue, Chevy Chase, Maryland 20815-3799, and in the alternative only, that its principal place of business/domicile is in a state other than the State of Louisiana.

25. GEICO Casualty Company, as alleged uninsured/under-insured motorist insurer of Shermaine Massey, owner and operator of the 2014 Chevrolet

Malibu involved in the subject accident, is not deemed to be a citizen of the State of Louisiana because no third party "liability" claim is asserted against it as opposed to first party, UM claims as made by Shermaine Massey. 28 U.S.C. §1332(c)(1); *Carpenter v. Illinois Central Gulf R. Co.*, 524 F. Supp. 249 (M.D. La. 1981).

26. GEICO Casualty Company concurs in removal.

27. Complete diversity of citizenship exists and the amount in controversy requirement in 28 U.S.C. §1332 is demonstrable.

**WHEREFORE**, defendants Cayetano Dominguez, EAK Logistics LLC, and Sentry Select Insurance Company pray for removal of the above-entitled cause from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana to the United States District Court for the Middle District of Louisiana.

Respectfully submitted,

/s/ Charles M. Ponder, III
CHARLES M. PONDER, III, #2052
PONDER LAW FIRM
1010 Common Street, Suite 1715
New Orleans, Louisiana 70112
Telephone: (504) 528-3066
Facsimile: (504) 528-3077
E-Mail: cmponder@att.net

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of May, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: <u>All counsel of record.</u> I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail and e-mail to the following non-CM/ECF participants: None.

                 /s/ Charles M. Ponder III
                 CHARLES M. PONDER, III