# State of Louisiana
## Secretary of State

04/29/2019

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

SENTRY SELECT INSURANCE COMPANY
C/O C T CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA 70816

Suit No.: 682087
19TH JUDICIAL DISTRICT COURT
EAST BATON ROUGE PARISH

SHERMAINE MASSEY
vs
CAYETANO DOMINGUEZ, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: L KLING

Date: 04/26/2019
Title: DEPUTY SHERIFF


EXHIBIT 1

No: 1116904

KS

SERVICE COPY

D1824747

# CITATION

SHERMAINE MASSEY
(Plaintiff)

VS

CAYETANO DOMINGUEZ, ET AL
(Defendant)

NUMBER C-682087   SEC. 24

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   SENTRY SELECT INSURANCE COMPANY
      THROUGH ITS AGENT FOR SERVICE
      OF PROCESS: LOUISIANA SECRETARY OF STATE

SERVED ON
R. KYLE ARDOIN

APR 26 2019

SECRETARY OF STATE
COMMERCIAL DIVISION

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 23, 2019**.



*signature*
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DAY, JUSTIN A
                     (225) 292-7410

*The following documents are attached:
PETITION FOR DAMAGES

## SERVICE INFORMATION:

Received on the ____ day of _____, 20____ and on the _____ day of _____, 20____, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.
DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.
DUE AND DILIGENT:   After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE: $_____
MILEAGE $_____
TOTAL: $_____

Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

**RECEIVED**

APR 25 2019

EBR SHERIFF'S OFFICE