| | | |
|---|---|---|
| SHERMAINE MASSEY | SUIT NO: 682087 | DIVISION: 24 |
| VERSUS | 19TH JUDICIAL DISTRICT COURT | |
| CAYETANO DOMINGUEZ, EAK LOGISTICS LLC, SENTRY SELECT INSURANCE COMPANY, AND GEICO CASUALTY COMPANY | PARISH OF EAST BATON ROUGE STATE OF LOUISIANA | |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes SHERMAINE MASSEY, a resident and domiciliary of West Feliciana Parish, State of Louisiana, who respectfully represents that:

**1.**

MADE DEFENDANTS HEREIN ARE:

1. CAYETANO DOMINGUEZ, a resident of the lawful age of majority of Kaufman County, Texas, who may be served via Louisiana Long Arm Statute at 1101 Grimes Dr., Forney, TX 75126;

2. EAK LOGISTICS LLC, a foreign company, not authorized to do and doing business in the State of Louisiana, which may be served via Louisiana Long Arm Statute, through its agent for service of process, Elmer Orlando Reyes, 3432 Autumn View, Grand Prairie, TX 75050 USA;

3. SENTRY SELECT INSURANCE COMPANY, a foreign corporation authorized to do and doing business in the State of Louisiana, which may be served through its agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, LA 70809; and

4. GEICO CASUALTY COMPANY, a foreign corporation authorized to do and doing business in the State of Louisiana, which may be served through its agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, LA 70809.

**2.**

Defendants are indebted unto petitioner for an offense or quasi offense occurring on or about April 17, 2018, in the Parish of East Baton Rouge, State of Louisiana.

**3.**

On or about April 16, 2019, plaintiff, SHERMAINE MASSEY, was the owner and operator of a 2014 Chevrolet Malibu, which was traveling northbound on Scenic Highway in East Baton Rouge Parish. At approximately the same time, defendant, CAYETANO DOMINGUEZ, the operator of a 2006 Freightline Tractor, which was pulling a 1999 GDAN Box Trailer, both owned by defendant, EAK LOGISTICS LLC, was stopped at the stop sign westbound on Thomas Rd. Suddenly and without warning, defendant, CAYETANO DOMINGUEZ, was attempting to make a left turn to head south on Scenic Highway when he



Certified True and Correct Copy
CertID: 2019042300445

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/23/2019 11:15 AM

pulled into the intersection of Thomas Rd. and Scenic Highway, directly across plaintiff, SHERMAINE MASSEY'S path of travel, causing plaintiff's vehicle to violently collide into the 1999 GDAN Box Trailer being pulled by 2006 Freightline Tractor defendant, CAYETANO DOMINGUEZ, was operating.

4.

Upon impact, plaintiff, SHERMAINE MASSEY'S vehicle became wedged underneath the tractor-trailer as defendant, CAYETANO DOMINGUEZ, continued to attempt his left turn to head south on Scenic Highway, causing plaintiff's wedged vehicle to be pulled alongside the trailer, at which point plaintiff, SHERMAINE MASSEY, jumped out of her vehicle in an attempt to mitigate her damages.

5.

As a result of the negligence of defendant, CAYETANO DOMINGUEZ, plaintiff, SHERMAINE MASSEY, sustained severe injuries.

6.

Plaintiff alleges upon information and belief that the accident described above was caused by the negligence, fault, omissions and/or intentional acts of the defendant, CAYETANO DOMINGUEZ, in the following non-exclusive particulars:

A. Driving in a dangerous and inattentive manner;

B. Failure to yield to oncoming traffic;

C. Failure to keep a proper look out and see what should have been seen or seeing and failing to heed;

D. Failure to maintain order and control;

E. Generally failing to take measures, which could or should have been taken, to ensure the safety of others;

F. Failing to exercise due care, caution, and skill in operating his motor vehicle;

G. Failure to act reasonably under the circumstances;

H. Failure to protect the public from unreasonable risks of harm; and

I. Any and all negligence, fault, and/or intentional acts which are to be shown at the trial of this matter.

7.

As a result of the accident described herein, plaintiff, SHERMAINE MASSEY, sustained the following non-exclusive damages:

A. Past, present and future physical pain and suffering;

Certified True and Correct Copy
CertID: 2019042300445
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date:
4/23/2019 11:15 AM

    B.    Past, present and future mental anguish and suffering;

    C.    Past, present and future medical expenses;

    D.    Past, present and future lost wages;

    E.    Past, present and future loss of earning capacity;

    F.    Past, present and future loss of enjoyment of life;

    G.    Past, present and future disfigurement and impairment;

    H.    Disability; and

    I.    Other damages which will be proven at trial.

8.

Petitioner alleges, upon information and belief, that defendant, CAYETANO DOMINGUEZ, was an employee of EAK LOGISTICS LLC, and/or had permission to drive the EAK LOGISTICS LLC vehicle at the time of the accident. Plaintiff further alleges that at the time of the accident described herein, CAYETANO DOMINGUEZ was in the course and scope of his employment with EAK LOGISTICS LLC, who is therefore vicariously liable for the negligence of its employee, CAYETANO DOMINGUEZ.

9.

Petitioner alleges, upon information and belief, that the defendant, SENTRY SELECT INSURANCE COMPANY, insured defendant, EAK LOGISTICS LLC and/or the tractor-trailer driven by CAYETANO DOMINGUEZ, at all times relevant hereto, for the negligence and fault of CAYETANO DOMINGUEZ and/or otherwise provided coverage for the damages sustained by plaintiff, SHERMAINE MASSEY.

10.

At the time of the accident herein sued upon, defendant GEICO CASUALY COMPANY or in the alternative an affilate thereof, provided a policy of automobile uninsured/underinsured motorist coverage to plaintiff, SHERMAINE MASSEY and/or the vehicle driven by plaintiff, SHERMAINE MASSEY.

11.

As a result of this accident, the petitioner, SHERMAINE MASSEY, has suffered severe injuries to various parts of her body, including but not limited to her spine and other unknown and grievous injuries to the body, all causing her severe pain and suffering.



Certified True and Correct Copy
CertID: 2019042300445

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/23/2019 11:15 AM

WHEREFORE, your petitioner prays that a copy of this petition, along with a reasonably fit and proper citation be served upon the defendants, that the defendants be caused either to answer or otherwise plead within the delays, and that there be judgment in favor of your petitioner and against the defendants for all outstanding damages with legal interest from the date of judicial demand and all costs of these proceedings.

RESPECTFULLY SUBMITTED:

DAY LAW GROUP

Justin A. Day (Bar Roll No. 28547)
Georgia B. Day (Bar Roll No. 33744)
Layne R. Dufour (Bar Roll No. 37567)
11817 Bricksome Avenue, Suite A
Baton Rouge, La. 70816
Telephone (225) 292-7410
Facsimile: (225) 292-4149
*Attorneys for Plaintiff, Shermaine Massey*

PLEASE SERVE THE FOLLOWING:

*VIA LONG ARM STATUE*
**CAYETANO DOMINGUEZ**
1101 Grimes Dr.
Forney, TX 75126

AND

*VIA LONG ARM STATUE*
**EAK LOGISTICS LLC**
Through its agent for service of process
Mr. Elmer Orlando Reyes
3432 Autumn View
Grand Prairie, TX 75050 USA

AND

SENTRY SELECT INSURANCE COMPANY
Through its agent for service of process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

AND

GEICO CASUALTY COMPANY
Through its agent for service of process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809



Certified True and
Correct Copy
CertID: 2019042300445

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/23/2019 11:15 AM

# State of Louisiana
## Secretary of State

04/29/2019

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

SENTRY SELECT INSURANCE COMPANY
C/O C T CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA 70816

Suit No.: 682087
19TH JUDICIAL DISTRICT COURT
EAST BATON ROUGE PARISH

SHERMAINE MASSEY
vs
CAYETANO DOMINGUEZ, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: L KLING

Date: 04/26/2019
Title: DEPUTY SHERIFF

No: 1116904

KS

SERVICE COPY



D1824747

# CITATION

| | |
|---|---|
| SHERMAINE MASSEY<br>(Plaintiff) | NUMBER C-682087   SEC. 24 |
| | 19th JUDICIAL DISTRICT COURT |
| VS | |
| | PARISH OF EAST BATON ROUGE |
| CAYETANO DOMINGUEZ, ET AL<br>(Defendant) | STATE OF LOUISIANA |

TO:  SENTRY SELECT INSURANCE COMPANY
     THROUGH ITS AGENT FOR SERVICE
     OF PROCESS: LOUISIANA SECRETARY OF STATE

SERVED ON
R. KYLE ARDOIN
APR 2 6 2019

SECRETARY OF STATE
COMMERCIAL DIVISION

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on APRIL 23, 2019.



*Belinda Baires*
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DAY, JUSTIN A
                     (225) 292-7410

*The following documents are attached:
PETITION FOR DAMAGES

### SERVICE INFORMATION:

Received on the _____ day of _____, 20___ and on the _____ day of _____, 20___, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.
DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.
DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20___.

SERVICE: $_____
MILEAGES _____
TOTAL: $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

**RECEIVED**
APR 25 2019
EBR SHERIFF'S OFFICE

| | |
|---|---|
| SHERMAINE MASSEY | SUIT NO.: 68208 DIVISION: 24 |
| VS. | 19TH JUDICIAL DISTRICT COURT |
| CAYETANO DOMINGUEZ, EAK LOGISTICS LLC, SENTRY SELECT INSURANCE COMPANY, AND GEICO CASUALTY COMPANY | PARISH OF EAST BATON ROUGE<br><br>STATE OF LOUISIANA |

FILED: _____   _____
                                                              DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes defendants, Cayetano Dominguez, EAK Logistics LLC, and Sentry Select Insurance Company, solely for the purpose of seeking an extension of time to respond and without making a general appearance, respectfully suggests to this Honorable Court that mover and its counsel require additional time within which to investigate the claims and allegations made and to prepare and file pleadings in response thereto, and that for this purpose mover desires an extension of time of thirty (30) days from the date of signing of this Order within which to file responsive pleadings in this suit. Mover further avers that no prior request for extension of time has been requested.

**IT IS ORDERED** that defendants, Cayetano Dominguez, EAK Logistics LLC, and Sentry Select Insurance Company, be hereby granted an extension of time of thirty (30) days from the date of signing of this Order within which to file responsive pleadings in the above-entitled and numbered suit.

Baton Rouge, Louisiana this _____ day of _____, 2019.


_____
                                                              **J U D G E**

Respectfully submitted,

_____
CHARLES M. PONDER, III, #2052
PONDER LAW FIRM
1010 Common Street, Suite 1715
New Orleans, Louisiana 70112
Telephone: (504) 528-3066
Facsimile: (504) 528-3077

### CERTIFICATE OF SERVICE

I, Charles M. Ponder, III, do hereby certify that a copy of the foregoing pleading has been served upon all parties through their attorney of record by: ☑ transmitting same via facsimile and/or email, and/or ☑ depositing same in the United States Mail, properly addressed and postage pre-paid this 11th day of May, 2019.

_____
CHARLES M. PONDER, III

| | |
|---|---|
| SHERMAINE MASSEY | SUIT NO.: 68208 DIVISION: 24 |
| VS. | 19TH JUDICIAL DISTRICT COURT |
| CAYETANO DOMINGUEZ, EAK LOGISTICS LLC, SENTRY SELECT INSURANCE COMPANY, AND GEICO CASUALTY COMPANY | PARISH OF EAST BATON ROUGE STATE OF LOUISIANA |

FILED:_____   _____
                                   DEPUTY CLERK

### REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes defendants, Cayetano Dominguez, EAK Logistics LLC, and Sentry Select Insurance Company, in accordance with Article 1572 of the Louisiana Code of Civil Procedure and hereby request written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial or hearing upon any motion, exception, rule or other matter, at least ten (10) days before any trial or hearing date.

Defendants, Cayetano Dominguez, EAK Logistics LLC, and Sentry Select Insurance Company, further requests notice of the signing of any final judgment, the rendition of any interlocutory order or judgment, or of any order of judgment refusing to grant a new trial, in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

_____
CHARLES M. PONDER, III, #2052
PONDER LAW FIRM
1010 Common Street, Suite 1715
New Orleans, Louisiana 70112
Telephone: (504) 528-3066
Facsimile: (504) 528-3077

**CERTIFICATE OF SERVICE**

I, Charles M. Ponder, III, do hereby certify that a copy of the foregoing pleading has been served upon all parties through their attorney of record by ☒ transmitting same via facsimile and/or email, and/or ☒ depositing same in the United States Mail, properly addressed and postage pre-paid this 7th day of May, 2019.

_____
CHARLES M. PONDER, III